

FILED
NOV 9 - 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

JOHNATHAN BYARS,
    also known as "John John"

No. 21 CR 50058

Violation: Title 18, United States Code, Section 1951(a)

JUDGE REINHARD

MAGISTRATE JUDGE JENSEN

## COUNT ONE

The SPECIAL APRIL 2021 GRAND JURY charges:

1. On or about November 22, 2019, at Joliet, in the Northern District of Illinois, and elsewhere,

JOHNATHAN BYARS, also known as "John John,"

defendant herein, did conspire with Coconspirator D to obstruct, delay, and affect commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), that is to unlawfully take and obtain property from the person and in the presence of an employee of a retail wireless store, against the employee's will, by means of actual and threatened force, violence, and fear of injury to the employee.

2. It was part of the conspiracy that JOHNATHAN BYARS and Coconspirator D used a stolen vehicle to travel to a Boost Mobile retail store located at 228 South Larkin Avenue, Joliet, Illinois (the "Boost Mobile store") to commit a robbery.

3. It was further part of the conspiracy that JOHNATHAN BYARS and Coconspirator D robbed the Boost Mobile store on or about November 22, 2019.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about November 22, 2019, at Joliet, in the Northern District of Illinois, and elsewhere,

JOHNATHAN BYARS, also known as "John John,"

defendant herein, did obstruct, delay, and affect commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that defendant unlawfully took and obtained United States currency and property from the person and in the presence of an employee of Boost Mobile, located at 228 South Larkin Avenue, Joliet, Illinois, against the employee's will, by means of actual and threatened force, violence, and fear of injury to the employee;

In violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL:

FOREPERSON

*[signature]*
UNITED STATES ATTORNEY

3